IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL JOSEPH HENRY,

    Petitioner,

v.

BARRY SMITH, et al.,

    Respondents.

CIVIL ACTION
NO. 16-5010

## **ORDER**

**AND NOW**, this 23rd day of October 2017, upon consideration of Petitioner's Motion for Reconsideration Pursuant to Fed. R. Civ. P. 59 (Doc. No. 20), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Petitioner's Motion (Doc. No. 20) is **DENIED**. This case shall remain closed for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.